Decided July 21, 1999

STATE OF CONNECTICUT *v.* SHEILA ALDRICH

The defendant's petition for certification for appeal from the Appellate Court, 53 Conn. App. 627 (AC 17701), is denied.

*Robert E. Byron*, special public defender, in support of the petition.

Decided July 21, 1999